UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMAL PHILLIP, CHANNA WYNNE, ABIODUN OWOADE, MURPHY ABIODUN, SULEIMAN AHMED, ISABELLA ALMANZAR, KHALID ALY, KATHERINE ARAUJO, TASHAREE ARNOLD, NOELANI BROWNE, ANGELA CAMBRIDGE, NORA CAMERON, CHARLES CARTER, TIARA COLLAZO, VIOLA COLLINS, DEJONA COOPER, JULIA DANIELOWSKI, ALICIA DAY, CHIKEZIE DUKE, MOYIN ENIOLORUNDA, SAMUEL ETSEKHUME, ANTIGUA FEATHERSTONE, MARIBEL FELIZ, DAVID FIGUEROA, KEMELIA FORRESTER, VENAE GIBSON, GARY GRANT, CYNTHIA GREGG, RAE'SHANNA HATCHER, EVELYNA HERNANDEZ, MARIELA HERNANDEZ, WILLIAM HERRERA,

Plaintiffs,

-against-

CITY OF NEW YORK,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/11/2026_____

26 Civ. 3595 (AT)

**ORDER**

ANALISA TORRES, District Judge:

To protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means. It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants. The parties are encouraged to engage in discovery through remote means at every available opportunity.

SO ORDERED.

Dated: May 11, 2026
New York, New York

ANALISA TORRES
United States District Judge