UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMAL PHILLIP, et al.,

Plaintiff,

-v-

CITY OF NEW YORK,

Defendant.

CIVIL ACTION NO. 26 Civ. 3595 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement and general pretrial management. (Dkt. No. 27). On October 26, 2026, the Honorable Analisa Torres so ordered the parties' case management plan. (Dkt. No. 26 (the "CMP")). In the CMP, the parties state that they plan to exchange informal discovery to facilitate settlement and request a settlement conference before the undersigned in April of 2027. (Id. at 2–3).

Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **January 14, 2027, at 11:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Webex or by the parties on an alternative platform).

Dated: New York, New York
October 28, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**